IN THE UNITED STATES DISTRICT COURT
Northern District of Indiana
Hammond Division

| | |
|---|---|
| KELLY BISHOP-BOHREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-00048- |
| ) | |
| ) | |
| ERIC BAKER, ) | |
| INR CARRIER GROUP, INC., and ) | |
| AMERICAN LEADER, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Eric Baker, INR Carrier Group, Inc., and American Leader, Inc., by counsel, file notice of the removal of this cause to the United States District Court for the Northern District of Indiana, Hammond Division, from the Porter County (Indiana) Superior Court, Cause No. 64D05-2101-CT-000224.  In support thereof, Defendants state:

1. Eric Baker, INR Carrier Group, Inc., and American Leader, Inc., are Defendants in an action now pending in the Porter County (Indiana) Superior Court under Cause No. 64D05-2101-CT-000224.

2. Defendants file their Notice of Removal, pursuant to 28 U.S.C. § 1446.

3. Plaintiff Kelly Bishop-Bohren was and is a citizen of the State of Indiana at all relevant times.

4. Defendant Eric Baker was and is a citizen of the State of Illinois.

5. Defendant INR Carrier Group, Inc., is an Illinois corporation, and its principal place of business is in Illinois. INR Carrier Group, Inc., was and is a citizen of the State of Illinois at all relevant times.

6. Defendant American Leader, Inc., is an Illinois corporation, and its principal place of business is in Illinois. American Leader, Inc., was and is a citizen of the State of Illinois at all relevant times.

7. The Complaint brought by Plaintiff alleges that Defendant Eric Baker, operating a semi-truck and trailer combination as an employee and/or agent of INR Carrier Group, Inc., and/or American Leader, Inc., failed to bring his tractor-trailer combination to a safe and controlled stop, resulting in a collision into the rear of Plaintiff's vehicle.

8. Plaintiff Kelly Bishop-Bohren claims serious personal injuries and seeks compensation for her medical expenses, lost earnings, and other special expenses. The undersigned counsel has a good faith belief that the amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Defendants desire and consent to the removal of this cause from the state court to the United States District Court for the Northern District of Indiana, pursuant to 28 U.S.C. § 1332(a)(1) and § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(b), all Defendants consent and join in this removal, and Defendants have provided notice of the removal of this cause to the Porter County (Indiana) Superior Court in accordance with 28 U.S.C. § 1446(d). *See Exhibit 1, State Court Record.*

11. Defendants submit herewith the State Court Record containing copies of all pleadings, motions, orders, and all other filings, organized in chronological order by the date of filing, in accordance with 28 U.S.C. § 1446(a). *See Exhibit 1, State Court Record.* In addition to being included in the State Court Record, a copy of the operative Complaint is also provided as a separate attachment. *See Exhibit 2.*

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on **February 4, 2021**.

I further certify that the foregoing document was served electronically upon the following persons on **February  4, 2021**:

Arman G. Sarkisian (arman@sarklawfirm.com)
Katherine S. Sarkisian (katie@sarklawfirm.com)
SARKISIAN, SARKISIAN & ASSOCIATES, P.C.

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb