| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
| --- | --- | --- |
|  | ) SS: |  |
| COUNTY OF PORTER | ) | CONTINUOUS TERM, 2021 |

| KELLY BISHOP-BOHREN, | ) |  |
| --- | --- | --- |
|     Plaintiff, | ) |  |
|  | ) |  |
| -vs- | ) | CAUSE NO.: |
|  | ) |  |
| ERIC BAKER, | ) |  |
| INR CARRIER GROUP, INC., INC., and | ) |  |
| AMERICAN LEADER, INC., | ) |  |
|     Defendants. | ) |  |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, KELLY BISHOP-BOHREN, by and through counsel, ARMAN G. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES P.C., and for her cause of action against the Defendants, ERIC BAKER, INR CARRIER GROUP, INC., and AMERICAN LEADER, INC., alleges and states as follows:

### FACTS COMMON TO ALL COUNTS

1. That all the events complained herein occurred in the Town of Chesterton, County of Porter, State of Indiana.

2. That at all times relevant hereto, the Plaintiff, KELLY BISHOP-BOHREN, was an individual and resident of Indiana.

3. That at all times relevant hereto, the Defendant, ERIC BAKER, was an individual and resident of the State of Illinois.

4. That at all times relevant hereto, the Defendant INR CARRIER GROUP, INC., was a for profit business entity engaged in the business of interstate trucking and freight, with its principal place of business in the State of Illinois.

5. That at all times relevant hereto, the Defendant AMERICAN LEADER, INC., was a for

profit business entity engaged in the business of interstate trucking and freight, with its principal place of business in the State of Illinois.

6. That on or about May 20, 2019, at approximately 3:16 p.m., KELLY BISHOP-BOHREN was operating her 2013 Honda CR-V traveling northbound on State Road 49.

7. That while KELLY BISHOP-BOHREN was traveling, she was approaching an intersection with County Road 1100 North, which had a traffic signal that had changed from green to yellow. Due to the traffic signal, KELLY BISHOP-BOHREN applied her brakes and came to a stop at the intersection.

8. That on said date and time, the Defendant, ERIC BAKER, was operating a 2008 Volvo semi-truck and trailer combination, also traveling northbound on State Road 49 some distance behind KELLY BISHOP-BOHREN.

9. That on said date and time, the Defendant, ERIC BAKER, was pulling a 2016 Great Dane Trailer bearing license plate number IL 541402ST.

10. That on said date and time, the semi-truck displayed DOT No. 2320762.

11. That on said date and time, the Defendant, ERIC BAKER, was operating as an interstate motor carrier and was subject to the Federal Motor Carrier Safety Regulations.

12. That on said date and time, the Defendant, ERIC BAKER, as an interstate motor carrier, was subject to the State of Indiana IC 8-2.1-24-18, a statute incorporating by reference, *inter alia,* Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations ("FMCSRs").

13. That at all times relevant herein, the Defendant, ERIC BAKER, owed the Plaintiff, and others on and along the roadway, a duty to use reasonable care and not to harm others.

14. That on said date and time, the defendant, ERIC BAKER, failed to bring his tractor-trailer combination to a safe and controlled stop behind the Plaintiff, KELLY BISHOP-BOHREN, and violently collided into the rear of her and her vehicle.

15. That as a direct and proximate result of the collision, the Plaintiff, KELLY BISHOP-BOHREN was physically injured, suffered emotional distress and sustained other potentially permanent and serious personal injuries; she incurred and may incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; she suffered and/or will suffer physical pain, mental suffering, terror, fright, loss of enjoyment of life, and permanent impairment; she lost time and wages and potentially an impairment of her earnings capacity; and she incurred other injuries and damages of a personal and pecuniary nature.

**COUNT I – NEGLIGENCE**

Comes now the Plaintiff, KELLY BISHOP-BOHREN, by counsel, ARMAN G. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for her cause of action against the Defendant, ERIC BAKER, alleges and states as follows:

16. That the Plaintiff, KELLY BISHOP-BOHREN, re-alleges the allegations contained in Paragraphs 1 through 15 above, and incorporates them as part hereof.

17. That the Defendant, ERIC BAKER was careless, negligent, and/or reckless in the operation of the tractor-trailer, including but not limited to one or more of the following ways:

    a.    Failing to maintain a reasonable control of the tractor-trailer;

    b.    Failing to operate the semi-trailer in a safe and reasonable manner;

    c.    Failing to take evasive maneuvers in order to avoid collision;

  d. Failing to yield to other drivers on the roadway;

  e. Operated the tractor-trailer aggressively and without regard for the health and safety of others upon the roadway;

  f. Failing to keep a proper look out for warnings, other vehicles, distance, roadway space, and obstructions;

  g. Failing to ensure that he had adequate line-of-sight of other vehicles and obstructions in his path;

  h. Failing to maintain operation of the semi-trailer of the weight of the truck and the vehicle's acceleration and deceleration mobility, maneuvering distance, and line-of-sight;

  i. Operating the truck without adequate training and experience;

  j. Violation of applicable state and federal statutes including but not limited to the FMCSRs;

  k. Violation of applicable city and local ordinances; and/or

  l. Unsafe lane movement.

18. That the Defendant, ERIC BAKER's, actions and/or inactions identified above were the sole and proximate result for the aforementioned collision and resulting damages, harms, and losses.

WHEREFORE, the Plaintiff, KELLY BISHOP-BOHREN, prays for judgment against the Defendant, ERIC BAKER., in a just and proper sum, for the costs of this action, for pre-judgment interest, post-judgment interest and for all other just and proper relief.

Respectfully submitted,

SARKISIAN, SARKISIAN &ASSOC., P.C.

_____
ARMAN G. SARKISIAN (#28767-64)
SARKISIAN, SARKISIAN & ASSOC., P.C.
Attorney for Plaintiff
6165 Central Avenue
Portage, Indiana 46385
219-762-7718
Arman@Sarklawfirm.com

## COUNT II – RESPONDEAT SUPERIOR

Comes now the Plaintiff, KELLY BISHOP-BOHREN, by counsel, ARMAN G. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for her cause of action against the Defendant, INR CARRIER GROUP, INC.., alleges and states as follows:

19. That the Plaintiff, KELLY BISHOP-BOHREN, re-alleges the allegations contained in Paragraphs 1 through 18 above, and incorporates them herein.

20. That at all times relevant herein, the Defendant, ERIC BAKER, who negligently, recklessly and/or carelessly operated the tractor-trailer, was an employee and/or agent of INR CARRIER GROUP, INC..

21. That at all times relevant herein, the tractor being operated by Defendant, ERIC BAKER, was owned, leased, managed, or otherwise under the control, dispatch, and/or supervision of INR CARRIER GROUP, INC..

22. That at all times relevant herein, the trailer being pulled by Defendant, ERIC BAKER, was owned, leased, managed, or otherwise under the control, dispatch, and/or supervision of INR CARRIER GROUP, INC..

23. That at all times relevant herein the Defendant, ERIC BAKER, was acting within the course and scope of his employment and/or agency with INR CARRIER GROUP, INC..

24. That at all times relevant herein the Defendant, ERIC BAKER, was under the direct control, dispatch, and/or supervision of INR CARRIER GROUP, INC..

25. That INR CARRIER GROUP, INC.. is vicariously liable for the negligence, recklessness, and/or carelessness of its employee and/or agent, ERIC BAKER.

WHEREFORE, the Plaintiff, KELLY BISHOP-BOHREN, prays for judgment against the Defendant, INR CARRIER GROUP, INC.., in a just and proper sum, for the costs of this action, for pre-judgment interest, post-judgment interest and for all other just and proper relief.

Respectfully submitted,

SARKISIAN, SARKISIAN &ASSOC., P.C.

_____
ARMAN G. SARKISIAN (#28767-64)
SARKISIAN, SARKISIAN & ASSOC., P.C.
Attorney for Plaintiff
6165 Central Avenue
Portage, Indiana 46385
219-762-7718
Arman@Sarklawfirm.com

**COUNT III - NEGLIGENT HIRING, TRAINING, SUPERVISION AND RETENTION**

Comes now the Plaintiff, KELLY BISHOP-BOHREN, by counsel, ARMAN G. SARKISIAN, of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for her cause of action against the Defendant, INR CARRIER GROUP, INC.., alleges and states as follows:

26. That the Plaintiff, KELLY BISHOP-BOHREN, re-alleges the allegations contained in Paragraphs 1 through 25 above, and incorporates them herein.

27. That INR CARRIER GROUP, INC.. owed the general public, including the Plaintiff, a duty to determine the qualifications of its employees and agents including, but not limited to;

   a. Adequately evaluating applicants before hiring them as truck drivers;
   b. Adequately training and supervising these drivers; and
   c. Adequately evaluating these employees' job performance to discharge any incompetent or negligent employee before he injured the public or property.

28. That INR CARRIER GROUP, INC.. breached these duties to the general public, including the Plaintiff, by its negligent and careless hiring, training, supervising, and retaining of the Defendant, ERIC BAKER who was unqualified, incompetent, and/or negligent and careless.

WHEREFORE, the Plaintiff, KELLY BISHOP-BOHREN, prays for judgment against the Defendant, INR CARRIER GROUP, INC.., in a just and proper sum, for the costs of this action, for pre-judgment interest, post-judgment interest and for all other just and proper relief.

Respectfully submitted,

SARKISIAN, SARKISIAN & ASSOC., P.C.

_____
ARMAN G. SARKISIAN (#28767-64)
SARKISIAN, SARKISIAN & ASSOC., P.C.
Attorney for Plaintiff
6165 Central Avenue
Portage, Indiana 46385
219-762-7718
Arman@Sarklawfirm.com

## COUNT IV – RESPONDEAT SUPERIOR

Comes now the Plaintiff, KELLY BISHOP-BOHREN, by counsel, ARMAN G. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for her cause of action against the Defendant, AMERICAN LEADER, INC., alleges and states as follows:

29. That the Plaintiff, KELLY BISHOP-BOHREN, re-alleges the allegations contained in Paragraphs 1 through 28 above, and incorporates them herein.

30. That at all times relevant herein, the Defendant, ERIC BAKER, who negligently, recklessly and/or carelessly operated the tractor-trailer, was an employee and/or agent of AMERICAN LEADER, INC.

31. That at all times relevant herein, the tractor being operated by Defendant, ERIC BAKER, was owned, leased, managed, or otherwise under the control, dispatch, and/or supervision of AMERICAN LEADER, INC.

32. That at all times relevant herein, the trailer being pulled by Defendant, ERIC BAKER, was owned, leased, managed, or otherwise under the control, dispatch, and/or supervision of AMERICAN LEADER, INC.

33. That at all times relevant herein the Defendant, ERIC BAKER, was acting within the course and scope of his employment and/or agency with AMERICAN LEADER, INC.

34. That at all times relevant herein the Defendant, ERIC BAKER, was under the direct control, dispatch, and/or supervision of AMERICAN LEADER, INC.

35. That AMERICAN LEADER, INC. is vicariously liable for the negligence, recklessness, and/or carelessness of its employee and/or agent, ERIC BAKER.

WHEREFORE, the Plaintiff, KELLY BISHOP-BOHREN, prays for judgment against the Defendant, AMERICAN LEADER, INC., in a just and proper sum, for the costs of this action, for pre-judgment interest, post-judgment interest and for all other just and proper relief.

Respectfully submitted,

SARKISIAN, SARKISIAN & ASSOC., P.C.

_____
ARMAN G. SARKISIAN (#28767-64)
SARKISIAN, SARKISIAN & ASSOC., P.C.
Attorney for Plaintiff
6165 Central Avenue
Portage, Indiana 46385
219-762-7718
Arman@Sarklawfirm.com

**COUNT V - NEGLIGENT HIRING, TRAINING, SUPERVISION AND RETENTION**

Comes now the Plaintiff, KELLY BISHOP-BOHREN, by counsel, ARMAN G. SARKISIAN, of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for her cause of action against the Defendant, AMERICAN LEADER, INC., alleges and states as follows:

36. That the Plaintiff, KELLY BISHOP-BOHREN, re-alleges the allegations contained in Paragraphs 1 through 35 above, and incorporates them herein.

37. That AMERICAN LEADER, INC. owed the general public, including the Plaintiff, a duty to determine the qualifications of its employees and agents including, but not limited to;

    a. Adequately evaluating applicants before hiring them as truck drivers;
    b. Adequately training and supervising these drivers; and

  c. Adequately evaluating these employees' job performance to discharge any incompetent or negligent employee before he injured the public or property.

38. That AMERICAN LEADER, INC. breached these duties to the general public, including the Plaintiff, by its negligent and careless hiring, training, supervising, and retaining of the Defendant, ERIC BAKER who was unqualified, incompetent, and/or negligent and careless.

WHEREFORE, the Plaintiff, KELLY BISHOP-BOHREN, prays for judgment against the Defendant, AMERICAN LEADER, INC., in a just and proper sum, for the costs of this action, for pre-judgment interest, post-judgment interest and for all other just and proper relief.

    Respectfully submitted,

    SARKISIAN, SARKISIAN & ASSOC., P.C.

    _____
    ARMAN G. SARKISIAN (#28767-64)
    SARKISIAN, SARKISIAN & ASSOC., P.C.
    Attorney for Plaintiff
    6165 Central Avenue
    Portage, Indiana 46385
    219-762-7718
    Arman@Sarklawfirm.com

## MOTION FOR TRIAL BY JURY

Plaintiff, through counsel, requests a trial by jury on all counts.

Respectfully submitted,

**SARKISIAN, SARKISIAN &ASSOC., P.C.**

_____
ARMAN G. SARKISIAN (#28767-64)
SARKISIAN, SARKISIAN & ASSOC., P.C.
Attorney for Plaintiff
6165 Central Avenue
Portage, Indiana 46385
219-762-7718
Arman@Sarklawfirm.com