UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **KELLY BISHOP-BOHREN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   2:21CV48-PPS/JPK |
| | ) |
| **ERIC BAKER, INR CARRIER GROUP, INC.,** | ) |
| **and AMERICAN LEADER, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The parties' joint Stipulation of Dismissal of Defendant American Leader Without Prejudice [DE 10] is SO ORDERED. This action is DISMISSED WITHOUT PREJUDICE as against defendant American Leader, Inc. only.

The action remains pending as against defendants Eric Baker and INR Carrier Group, Inc.

**SO ORDERED**.

ENTERED: March 25, 2021.

　　　　　　　　　　　　　　　　　　/s/ Philip P. Simon
　　　　　　　　　　　　　　　　PHILIP P. SIMON, JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT